1  Scott E. Gizer, Esq., Nevada Bar No. 12216
     *sgizer@earlysullivan.com*
2  Sophia S. Lau, Esq., Nevada Bar No. 13365
     *slau@earlysullivan.com*
3  EARLY SULLIVAN WRIGHT
     GIZER & McRAE LLP
4  8716 Spanish Ridge Avenue, Suite 105
   Las Vegas, Nevada 89148
5  Telephone:  (702) 331-7593
   Facsimile:  (702) 331-1652
6
7  Kevin S. Sinclair, Nevada Bar Number 12277
     *ksinclair@sinclairbraun.com*
8  SINCLAIR BRAUN LLP
   16501 Ventura Boulevard, Suite 400
9  Encino, California 91436
   Telephone:  (213) 429-6100
10 Facsimile:  (213) 429-6101

11 Attorneys for Defendant
   CHICAGO TITLE INSURANCE COMPANY

12 DESIGNATED LOCAL COUNSEL FOR SERVICE OF
   PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)
13
14 Gary L. Compton, State Bar No. 1652
   2950 E. Flamingo Road, Suite L
15 Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| U.S. BANK, N.A., AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2005-11, ASSET-BACKED CERTIFICATES, SERIES 2005-11,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al.,<br><br>Defendants. | Case No.: 2:21-cv-00339-GMN-VCF<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT CHICAGO TITLE INSURANCE COMPANY'S TIME TO RESPOND TO MOTION FOR REMAND [ECF No. 7] AND MOTION FOR FEES AND COSTS [ECF No. 8]**<br><br>**(First Request)** |
|---|---|



**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**

609054.1

Defendant Chicago Title Insurance Company ("Chicago Title") and Plaintiff U.S. Bank N.A. ("U.S. Bank") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On February 26, 2021, U.S. Bank filed its Complaint in the Eighth Judicial District Court, Case No. A-21-830198-C [ECF No. 1-1];

2. On February 26, 2021, Chicago Title filed a Petition for Removal to this Court [ECF No. 1];

3. On March 30, 2021, U.S. Bank filed a Motion for Remand [ECF No. 7] and Motion for Costs and Fees [ECF No. 8];

4. Chicago Title's deadline to respond to U.S. Bank's Motion for Remand and Motion for Costs and Fees is April 13, 2021;

5. Chicago Title's counsel is requesting an extension until May 5, 2021, to file its response to the pending Motion for Remand and Motion for Costs and Fees;

6. Chicago Title requests a brief extension of time to respond to the Motion for Remand and Motion for Costs and Fees to afford Chicago Title additional time to respond to the legal arguments set forth in U.S. Bank's motions;

7. U.S. Bank does not oppose the requested extension;

8. This is the first request for an extension which is made in good faith and not for purposes of delay;

///
///
///
///
///
///
///
///
///

**IT IS SO STIPULATED** that Chicago Title's deadline to respond to U.S. Bank's Motion for Remand [ECF No. 7] and Motion for Costs and Fees [ECF No. 8] is hereby extended through and including May 5, 2021.

Dated: April 9, 2021   EARLY SULLIVAN WRIGHT
                        GIZER & McRAE LLP

                       By: _/s/-- Sophia S. Lau_____
                            SCOTT E. GIZER
                            SOPHIA S. LAU
                            Attorneys for Defendant CHICAGO TITLE
                            INSURANCE COMPANY

Dated: April 9, 2021   SINCLAIR BRAUN LLP

                       By: _/s/-Kevin S. Sinclair_____
                            KEVIN S. SINCLAIR
                            Attorneys for Defendant CHICAGO TITLE
                            INSURANCE COMPANY

Dated: April 9, 2021   WRIGHT FINLAY & ZAK, LLP

                       By: _/s/-Lindsay D. Robbins_____
                            LINDSAY D. ROBBINS
                            Attorneys for Plaintiff U.S. BANK
                            NATIONAL ASSOCIATION

**IT IS SO ORDERED.**

Dated this __9__ day of April, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT



## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the Electronic Service List for this Case.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

/s/ D'Metria Bolden
D'METRIA BOLDEN
An Employee of EARLY SULLIVAN
WRIGHT GIZER & McRAE LLP