WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank, N.A., as Trustee Successor in Interest to Wachovia Bank National Association, as Trustee for GSAA Home Equity Trust 2005-11, Asset-Backed Certificates, Series 2005-11*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK, N.A., AS TRUSTEE SUCCESSOR IN INTEREST TO WACHOVIA BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2005-11, ASSET-BACKED CERTIFICATES, SERIES 2005-11,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY; TICOR TITLE OF NEVADA, INC.; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00339-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTIONS TO DISMISS [ECF Nos. 11-13]**<br><br>**[First Request]** |

Plaintiff, U.S. Bank, N.A., as Trustee Successor in Interest to Wachovia Bank National Association, as Trustee for GSAA Home Equity Trust 2005-11, Asset-Backed Certificates, Series 2005-11 ("U.S. Bank Trustee"), Specially Appearing Defendant Fidelity National Title Group, Inc., and Defendants Chicago Title Insurance Company and Ticor Title of Nevada, Inc. ("Defendants", collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On February 26, 2021, U.S. Bank Trustee filed its Complaint in Eighth Judicial District Court, Case No. A-21-830198-C [ECF No. 1-1].
2. On February 28, 2021, Chicago Title Insurance Company filed its Petition for Removal to this Court [ECF No. 1].
3. On April 12, 2021, Defendants each filed a Motion to Dismiss [ECF No. 11-13].
4. U.S. Bank Trustee's deadline to respond to Defendants' Motions to Dismiss is currently April 26, 2021.
5. U.S. Bank Trustee's counsel is requesting an extension until May 26, 2021, to file its response to the pending Motions to Dismiss.
6. This extension is requested to allow U.S. Bank Trustee additional time to review and respond to the points and authorities cited to in the pending Motions to Dismiss.
7. Counsel for Defendants does not oppose the requested extension.

///

///

///

///

///

///

///

8. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 22nd day of April, 2021. | DATED this 22nd day of April, 2021. |
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| */s/ Lindsay D. Robbins* <br> Lindsay D. Robbins, Esq. <br> Nevada Bar No. 13474 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, NV 89117 <br> *Attorneys for Plaintiff, U.S. Bank, N.A., as Trustee Successor in Interest to Wachovia Bank National Association, as Trustee for GSAA Home Equity Trust 2005-11, Asset-Backed Certificates, Series 2005-11* | */s/ Kevin Sinclair* <br> Kevin Sinclair, Esq. <br> Nevada Bar No. 12277 <br> 16501 Venture Boulevard, Suite 400 <br> Encino, California 91436 <br> *Attorneys for Defendants, Fidelity National Title Group, Inc., Chicago Title Insurance Company, and Ticor Title of Nevada, Inc.* |

**IT IS SO ORDERED.**

Dated this 22 day of April, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT