1  Scott E. Gizer, Esq., Nevada Bar No. 12216
     *sgizer@earlysullivan.com*
2  Sophia S. Lau, Esq., Nevada Bar No. 13365
     *slau@earlysullivan.com*
3  EARLY SULLIVAN WRIGHT
     GIZER & McRAE LLP
4  8716 Spanish Ridge Avenue, Suite 105
   Las Vegas, Nevada 89148
5  Telephone: (702) 331-7593
   Facsimile: (702) 331-1652

6
   Kevin S. Sinclair, Nevada Bar Number 12277
7    *ksinclair@sinclairbraun.com*
   SINCLAIR BRAUN LLP
8  16501 Ventura Boulevard, Suite 400
   Encino, California 91436
9  Telephone: (213) 429-6100
   Facsimile: (213) 429-6101

10
   Attorneys for Defendant
11 CHICAGO TITLE INSURANCE COMPANY

12 DESIGNATED LOCAL COUNSEL FOR SERVICE OF
   PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)
13
   Gary L. Compton, State Bar No. 1652
14 2950 E. Flamingo Road, Suite L
   Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, N.A., AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2005-11, ASSET-BACKED CERTIFICATES, SERIES 2005-11,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al.,<br><br>Defendants. | Case No.: 2:21-cv-00339-GMN-VCF<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT CHICAGO TITLE INSURANCE COMPANY'S TIME TO RESPOND TO MOTION FOR REMAND [ECF No. 7] AND MOTION FOR FEES AND COSTS [ECF No. 8]**<br><br>**(Second Request)** |

Defendant Chicago Title Insurance Company ("Chicago Title") and Plaintiff U.S. Bank N.A. ("U.S. Bank") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On February 26, 2021, U.S. Bank filed its Complaint in the Eighth Judicial District Court, Case No. A-21-830198-C [ECF No. 1-1];
2. On February 26, 2021, Chicago Title filed a Petition for Removal to this Court [ECF No. 1];
3. On March 30, 2021, U.S. Bank filed a Motion for Remand [ECF No. 7] and Motion for Costs and Fees [ECF No. 8];
4. On April 9, 2021, Chicago Title filed a Stipulation and Proposed Order extending Chicago Title's time to respond to the Motion for Remand and Motion for Fees and Costs to May 5, 2021;
5. Chicago Title's deadline to respond to U.S. Bank's Motion for Remand and Motion for Costs and Fees is currently May 5, 2021;
6. Chicago Title's counsel is requesting an extension until June 2, 2021, to file its response to the pending Motion for Remand and Motion for Costs and Fees;
7. Chicago Title requests an extension of time to respond to the Motion for Remand and Motion for Costs and Fees to afford Chicago Title additional time to respond to the legal arguments set forth in U.S. Bank's motions;
8. U.S. Bank does not oppose the requested extension;
9. This is the second request for an extension which is made in good faith and not for purposes of delay;

///
///
///
///
///
///

1
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**
613488.1

**IT IS SO STIPULATED** that Chicago Title's deadline to respond to U.S. Bank's Motion for Remand [ECF No. 7] and Motion for Costs and Fees [ECF No. 8] is hereby extended through and including June 2, 2021.

Dated: May 3, 2021          EARLY SULLIVAN WRIGHT
                             GIZER & McRAE LLP

                            By: _/s/-- Sophia S. Lau_
                                SCOTT E. GIZER
                                SOPHIA S. LAU
                                Attorneys for Defendant CHICAGO TITLE
                                INSURANCE COMPANY

Dated: May 3, 2021          SINCLAIR BRAUN LLP

                            By: _/s/-Kevin S. Sinclair_
                                KEVIN S. SINCLAIR
                                Attorneys for Defendant CHICAGO TITLE
                                INSURANCE COMPANY

Dated: May 3, 2021          WRIGHT FINLAY & ZAK, LLP

                            By: _/s/-Lindsay D. Robbins_
                                LINDSAY D. ROBBINS
                                Attorneys for Plaintiff U.S. BANK
                                NATIONAL ASSOCIATION


**IT IS SO ORDERED.**

Dated this __3__ day of May, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT



2
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**
613488.1

# CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the Electronic Service List for this Case.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

*/s/ D'Metria Bolden*
D'METRIA BOLDEN
An Employee of EARLY SULLIVAN
WRIGHT GIZER & McRAE LLP



3
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**
613488.1