Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, Nevada Bar Number 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Boulevard, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK, N.A., AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2005-11, ASSET-BACKED CERTIFICATES, SERIES 2005-11,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al.,<br><br>Defendants. | Case No.: 2:21-cv-00339-GMN-VCF<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT CHICAGO TITLE INSURANCE COMPANY'S TIME TO RESPOND TO MOTION FOR REMAND [ECF No. 7] AND MOTION FOR FEES AND COSTS [ECF No. 8]**<br><br>**(Third Request)** |



Defendant Chicago Title Insurance Company ("Chicago Title") and Plaintiff U.S. Bank N.A. ("U.S. Bank") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On February 26, 2021, U.S. Bank filed its Complaint in the Eighth Judicial District Court, Case No. A-21-830198-C [ECF No. 1-1];
2. On February 26, 2021, Chicago Title filed a Petition for Removal to this Court [ECF No. 1];
3. On March 30, 2021, U.S. Bank filed a Motion for Remand [ECF No. 7] and Motion for Costs and Fees [ECF No. 8];
4. On April 9, 2021, Chicago Title filed a Stipulation and Proposed Order extending Chicago Title's time to respond to the Motion for Remand and Motion for Fees and Costs to May 5, 2021;
5. On May 3, 2021, Chicago Title filed a Stipulation and Proposed Order extending Chicago Title's time to respond to the Motion for Remand and Motion for Fees and Costs to June 2, 2021
6. Chicago Title's deadline to respond to U.S. Bank's Motion for Remand and Motion for Costs and Fees is currently June 2, 2021;
7. Chicago Title's counsel is requesting an extension until June 16, 2021, to file its response to the pending Motion for Remand and Motion for Costs and Fees;
8. Chicago Title requests a further extension of time to respond to the Motion for Remand and Motion for Costs and Fees to afford Chicago Title additional time to respond to the legal arguments set forth in U.S. Bank's motions;
9. U.S. Bank does not oppose the requested extension;
10. This is the third request for an extension which is made in good faith and not for purposes of delay;

/ / /

/ / /

/ / /



1
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**
618780.1

**IT IS SO STIPULATED** that Chicago Title's deadline to respond to U.S. Bank's Motion for Remand [ECF No. 7] and Motion for Costs and Fees [ECF No. 8] is hereby extended through and including June 16, 2021.

Dated: May 27, 2021            EARLY SULLIVAN WRIGHT
                                               GIZER & McRAE LLP

                                           By:  */s/-- Sophia S. Lau*
                                               SCOTT E. GIZER
                                               SOPHIA S. LAU
                                               Attorneys for Defendant CHICAGO TITLE
                                               INSURANCE COMPANY

Dated: May 27, 2021            SINCLAIR BRAUN LLP

                                           By:  */s/-Kevin S. Sinclair*
                                               KEVIN S. SINCLAIR
                                             Attorneys for Defendant CHICAGO TITLE
                                             INSURANCE COMPANY

Dated: May 27, 2021            WRIGHT FINLAY & ZAK, LLP

                                           By:  */s/-Christina V. Miller*
                                               DARREN T. BRENNER
                                             CHRISTINA V. MILLER
                                             Attorneys for Plaintiff U.S. BANK
                                             NATIONAL ASSOCIATION

**IT IS SO ORDERED.**

Dated this __27__ day of May, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT



2
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**
618780.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the Electronic Service List for this Case.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

                                           */s/ D'Metria Bolden*
                                           D'METRIA BOLDEN
                                           An Employee of EARLY SULLIVAN
                                           WRIGHT GIZER & McRAE LLP