Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC., CHICAGO
TITLE INSURANCE COMPANY, INC., and TICOR TITLE OF
NEVADA, INC,

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| US BANK, NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>Defendants. | Case No.: 2:21-CV-00339-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO REPLY IN SUPPORT OF MOTIONS TO DISMISS AND OPPOSE COUNTERMOTION FOR PARTIAL SUMMARY JUDGMENT (ECF Nos. 28-31)**<br><br>**FIRST REQUEST** |

COMES NOW defendants Fidelity National Title Group, Inc. ("FNTG"), Chicago Title Insurance Company, Inc. ("Chicago Title") and Ticor Title of Nevada, Inc. ("Ticor Agency") (collectively "Defendants") and plaintiff U.S. Bank, National Association ("U.S. Bank"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1. On February 26, 2021 U.S. Bank filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On February 28, 2021, Chicago Title removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. On April 12, 2021 FNTG, Chicago Title, and Ticor Agency moved to dismiss U.S. Bank's complaint (ECF Nos. 11-13);

4. On May 26, 2021, U.S. Bank filed its responses to FNTG, Chicago Title, and Ticor Agency's motions to dismiss (ECF Nos. 28-30) and filed a countermotion for partial summary judgment to Chicago Title's motion to dismiss (ECF No. 31);

5. Defendants request a four-week extension of their respective deadlines to reply in support of the motions to dismiss and a two-week extension of Chicago Title's deadline to oppose the countermotion for summary judgment, through and including Wednesday, June 30, 2021 (such that all of Defendants' replies and the opposition are due on that date), for Defendants to file their respective responses to U.S. Bank's oppositions and countermotion to afford Defendants' counsel additional time to review and respond to U.S. Bank's oppositions and countermotion.

6. Counsel for U.S Bank does not oppose the requested extension;

7. This is the first request for an extension made by counsel for Defendants, which is made in good faith and not for the purposes of delay.

8. This stipulation is entered into without waiving any of Defendants' objections under Fed. R. Civ. P. 12.

//
//
//
//
//
//
//



**IT IS SO STIPULATED** that Defendants' respective deadlines to reply in support of their motions to dismiss and oppose U.S. Bank's countermotion is hereby extended through and including Wednesday, June 30, 2021.

Dated: May 28, 2021    SINCLAIR BRAUN LLP

By:   */s/-Kevin S. Sinclair*
    KEVIN S. SINCLAIR
    Attorneys for Defendants
    FIDELITY NATIONAL TITLE GROUP, INC., CHICAGO TITLE INSURANCE COMPANY, INC., and TICOR TITLE OF NEVADA, INC.

Dated: May 28, 2021    WRIGHT FINLAY & ZAK, LLP

By:   */s/-Christina V. Miller*
    CHRISTINA V. MILLER
    Attorneys for Plaintiff
    U.S. BANK, NATIONAL ASSOCIATION

**IT IS SO ORDERED.**

Dated this  3  day of June, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT