WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
ldragon@wrightlegal.net

*Attorneys for Plaintiff, U.S. Bank, N.A., as Trustee, Successor in Interest to Wachovia Bank National Association, as Trustee for GSAA Home Equity Trust 2005-11, Asset-Backed Certificates, Series 2005-11*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, N.A., AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2005-11, ASSET-BACKED CERTIFICATES, SERIES 2005-11,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY; TICOR TITLE OF NEVADA, INC.; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00339-GMN-VCF<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

Plaintiff, U.S. Bank, N.A., as Trustee, Successor in Interest to Wachovia Bank National Association, as Trustee for GSAA Home Equity Trust 2005-11, Asset-Backed Certificates, Series 2005-11 and Defendants, Fidelity National Title Group, Inc.; Chicago Title Insurance Company and Ticor Title of Nevada, Inc. (collectively referred to as the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

/ / /

**IT IS HEREBY STIPULATED AND AGREED** that the Complaint is dismissed WITH PREJUDICE, with each party to bear its own fees and costs.

DATED this 22nd day of September, 2023.        DATED this 22nd day of September, 2023.

WRIGHT, FINLAY & ZAK, LLP                       SINCLAIR BRAUN KARGHER LLP


*/s/ Lindsay D. Dragon*                         */s/ Kevin S. Sinclair*
Lindsay D. Dragon, Esq.                         Kevin S. Sinclair, Esq.
Nevada Bar No. 13474                            Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200                  15260 Ventura Blvd., Ste 715
Las Vegas, NV 89117                             Sherman Oaks, California 91403
*Attorney for Plaintiff, U.S. Bank, N.A., as*   *Attorneys for Defendants, Fidelity National*
*Trustee, Successor in Interest to Wachovia*    *Title Group, Inc.; Chicago Title Insurance*
*Bank National Association, as Trustee for*     *Company and Ticor Title of Nevada, Inc.*
*GSAA Home Equity Trust 2005-11, Asset-*
*Backed Certificates, Series 2005-11*


**IT IS SO ORDERED.**

Dated this __25__ day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE